1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SALAZAR, | ) NO. CV 08-4514-JHN (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| LARRY SMALL, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: <u>January 23, 2012</u>.

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE